IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**UNITED STATES OF AMERICA**

VS                                                                CR NO. 4:11CR847TLW(3)

**HEATHER NANETTE WILLIAMSON**

## PLEA

The defendant, **HEATHER NANETTE WILLIAMSON**, having withdrawn his/her plea of Not Guilty entered August 10, 2011, pleads **GUILTY** to Count(s) **Eight (8)** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Florence, South Carolina
September 14, 2011